**FILED**

April 19, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **YETI Coolers, LLC,** | |
| **Plaintiff,** | **Case No. 1:22-cv-01337-RP** |
| **v.** | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:** |
| **Mercatalyst, Inc., and TerraCycle US, LLC,** | **(1) TRADEMARK INFRINGEMENT** |
| **Defendants.** | **(2) UNFAIR COMPETITION, FALSE ENDORSEMENT, FALSE ASSOCIATION, AND FALSE DESINGATION OF ORIGIN** |
| | **(3) TRADEMARK DILUTION** |
| | **(4) FALSE ADVERTISING** |
| | **(5) UNFAIR COMPETITION (COMMON LAW)** |
| | **(6) CONVERSION (COMMON LAW)** |
| | **(7) FRAUD** |
| | **Jury Trial Demanded** |

## AGREED ORDER TO EXTEND TEMPORARY RESTRAINING ORDER

On December 27, 2022, the Court entered the parties' Agreed Temporary Restraining Order (Dkt. No. 7). The parties now request the Court extend the temporary restraining order by a period of ninety (90) days.

Having considered the matter, and the agreement of the parties, the Court finds good cause exists to extend the order temporarily restraining Defendant Mercatalyst, Inc. ("Mercatalyst") as requested in Plaintiff YETI Coolers, LLC's ("YETI") application. YETI offered specific facts in an affidavit clearly showing that immediate and irreparable injury, loss, or damage will result to

YETI.  The Court finds a substantial risk of irreparable harm to YETI, and to the jurisdiction of this Court, if Defendant Mercatalyst were allowed to sell or otherwise distribute the "YETI Technical Lightweight Puffer Jackets" that YETI contends were marketed at the following URLs: https://morningsave.com/deals/yeti-men-s-technical-lightweight-puffer-jacket-1 and https://morningsave.com/deals/yeti-women-s-technical-lightweight-puffer-jacket-1 ("Unreleased Goods").  In contrast to the substantial, irreparable harm to YETI, any potential harm to Defendant Mercatalyst in preventing the sale and/or distribution is minimal and reparable.

It is therefore **ORDERED** that the Court's Order dated December 27, 2022, is hereby **EXTENDED** a further ninety (90) days.  Accordingly, and effective immediately, Defendant Mercatalyst and all of its affiliates, officers, directors, shareholders, employees, or those in active concert with it, shall continue to refrain from any of the following acts until further order of this Court:

   i.    Marketing the Unreleased Goods;

   ii.   Selling the Unreleased Goods; or

   iii.  Distributing the Unreleased Goods.

Because Defendant Mercatalyst is unlikely to suffer harm, the Court finds that the proper amount of security under Rule 65(c) is **Zero United States Dollars ($0.00)**.

The temporary restraining order is hereby extended for a period of ninety (90) days, and will expire on **July 27, 2023,** unless further extended by agreement of the parties or order of the Court.

Dated:   04/19/2023

_____
U.S. DISTRICT JUDGE ROBERT PITMAN

**AGREED and ENTRY REQUESTED:**

**SHEARMAN & STERLING LLP**

*/s/ David P. Whittlesey*
David P. Whittlesey
Texas Bar No. 00791920
david.whittlesey@shearman.com
Trey Hebert
Texas Bar No. 24097819
trey.hebert@shearman.com
Brooke Hauglid
Texas Bar No. 24110884
brooke.hauglid@shearman.com
300 West 6th Street, Suite 2250
Austin, TX 78701
Tel.: (512) 647-1900

*Attorneys for Plaintiff YETI Coolers LLC*

**WEINSTEIN RADCLIFF PIPKIN LLP**

*/s/ Robert K. Radcliff*
Robert K. Radcliff
State Bar No. 24011170
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
Telephone: 214-865-6130
Facsimile:  214-865-6140
rradcliff@weinrad.com

*Attorney for Defendant Mercatalyst, Inc.*