**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **YETI Coolers, LLC,** | |
| **Plaintiff,** | **Case No. 1:22-cv-1337-DAE** |
| **v.** | |
| **Mercatalyst, Inc., TerraCycle US, LLC, Akshar Plastic, Inc., Devang H. Patel, Oscar Guel, Robert N. Rezak, Global Xcessories, Inc., and Daniel Gavrielov,** | **Jury Trial Demanded** |
| **Defendants.** | |
| **Mercatalyst, Inc.,** | |
| **Third-Party Plaintiff,** | |
| **v.** | |
| **United National Closeout Stores, Inc.,** | |
| **Third-Party Defendant.** | |

**PLAINTIFF YETI COOLERS, LLC'S NOTICE OF SETTLEMENT**
**WITH TERRACYCLE, AND NOTICE OF WITHDRAWAL OF**
**MOTION TO QUASH AND WITHDRAWAL OF OPPOSITION TO**
**TERRACYCLE'S MOTION TO AMEND THE SCHEDULING ORDER**

YETI Coolers, LLC ("YETI") provides notice to the Court that it has settled its claims against TerraCycle as a result of mediation. The mediation occurred on June 4 before Patrick Keel, and the case was settled on June 6 following mediation. Accordingly, YETI hereby withdraws its Corrected Motion to Quash, Dkt. No. 163. YETI also withdraws its opposition to TerraCycle's Amended Motion to Amend the Scheduling Order, Dkt. No. 165.

Accordingly, YETI agrees and jointly moves the Court to extend the scheduling order deadlines by 60 days as referenced in the Order accompanying TerraCycle's Amended Motion to

Amend the Scheduling Order Dkt. No. 164.  YETI believes this extension will allow sufficient time to finalize the settlement and dismissal documents with TerraCycle and also allow the Court to address Magistrate Judge Hightower's recommendation that the answer filed by the remaining defendant (Devang H. Patel) be stricken for discovery abuse and perjury. Dkt. No. 160.

Date: June 9, 2025                    Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

*/s/ David P. Whittlesey*
David P. Whittlesey
Texas Bar No. 00791920
david.whittlesey@aoshearman.com
Abdul Althebaity
Texas Bar No. 24120683
Abdul.althebaity@aoshearman.com
Trey Hebert
Texas Bar No. 24097819
trey.hebert@aoshearman.com
300 West 6th Street, Suite 2250
Austin, TX 78701
Tel.: (512) 647-1900

*Attorneys for Plaintiff YETI Coolers LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 9, 2025, the foregoing was served on all counsel of record in compliance with the Federal Rules of Civil Procedure.

*/s/ David P. Whittlesey*
David P. Whittlesey