# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Yeti Coolers, LLC,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. 1:22-CV-01337-DAE |
| **TerraCycle US, LLC,** *et al.*, *Defendants* | § § | |

## ORDER

On June 9, 2025, Plaintiff Yeti Coolers, LLC filed a Notice of Settlement with TerraCycle, and Notice of Withdrawal of Motion to Quash and Withdrawal of Opposition to TerraCycle's Motion to Amend the Scheduling Order (Dkt. 167). Yeti states that it settled its claims against TerraCycle on June 6, 2025, after mediation, and so withdraws its motion to quash and joins TerraCycle's motion to extend the scheduling order deadlines by 60 days.

The Court **ORDERS**:

- Defendant TerraCycle US, LLC's Unopposed Motion to Amend the Scheduling Order (Doc. 151) (Dkt. 161) and Plaintiff Yeti Coolers, LLC's Motion to Quash (Dkt. 162), both filed May 30, 2025, are **DISMISSED as moot**;

- Plaintiff Yeti Coolers, LLC's Corrected Motion to Quash, filed May 31, 2025 (Dkt. 163), is **WITHDRAWN**; and

- Defendant TerraCycle US, LLC's Corrected Unopposed Motion to Amend the Scheduling Order (Doc. 151), filed June 2, 2025 (Dkt. 164), is **GRANTED**.[1]

The Court will enter an amended scheduling order.

**SIGNED** on June 10, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred these motions to this Magistrate Judge for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas by Text Orders entered June 2, 2025.