IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Mercatalyst, Inc., TerraCycle US, LLC, Akshar Plastic, Inc., Devang H. Patel, Oscar Guel, Robert N. Rezak, Global Xcessories, Inc., and Daniel Gavrielov,<br><br>　　　　　Defendants.<br><br>Mercatalyst, Inc.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>United National Closeout Stores, Inc.,<br><br>　　　　　Third-Party Defendant. | Case No. 1:22-cv-1337-DAE<br><br>Jury Trial Demanded |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TERRACYCLE US, LLC

Before the Court is the Agreed Motion to Dismiss YETI Cooler's, LLC's ("YETI's") claims against TerraCycle US, LLC ("TerraCycle"). Having reviewed the Motion, the Court finds it is meritorious and should be granted.

IT IS ORDERED that the Agreed Motion to Dismiss YETI Cooler's LLC's claims against TerraCycle is GRANTED and all of YETI's claims against TerraCycle, along with any counterclaims that were brought or that could have been brought by TerraCycle against YETI, are hereby dismissed with prejudice to refiling. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: _____July 22_, 2025.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

Date: July 22, 2025                     Respectfully submitted,

**ALLEN OVERY SHEARMAN STERLING US LLP**

/s/ David P. Whittlesey
  David P. Whittlesey
  Texas Bar No. 00791920
  david.whittlesey@aoshearman.com
  Abdul Althebaity
  Texas Bar No. 24120683
  Abdul.althebaity@aoshearman.com
  Trey Hebert
  Texas Bar No. 24097819
  trey.hebert@aoshearman.com
  300 West 6th Street, Suite 2250
  Austin, TX 78701
  Tel.: (512) 647-1900

  *Attorneys for Plaintiff YETI Coolers LLC*

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Cristina Guerrero
  Cristina Guerrero, Esq.
  Texas State Bar No. 24058860
  cxguerrero@grsm.com
  Direct: 713-228-7019 1900
  West Loop South, Suite 100
  Houston, Texas 77027

  Peter G. Siachos, Esq.
  (Admitted Pro Hac Vice) psiachos@grsm.com
  18 Columbia Turnpike, Suite 220
  Florham Park, NJ 07932
  Telephone: 646-808-6358
  Facsimile: 973-377-1911

  *Attorneys for Defendant TerraCycle US, LLC.*